# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GERALD MANGUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-2637-SHM-tmp |
| | ) |
| WILLIAM LEE, in his capacity as Governor of the State of Tennessee, and DAVID B. RAUSCH, in his capacity as Director of the Tennessee Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Chief United States Magistrate Judge Tu M. Pham on July 8, 2025. (ECF No. 74.) In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 69) be granted as to Governor Lee and denied as to Director Rausch. (See ECF No. 74.) The deadline for objections was July 22, 2025. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); LR 72.1(g)(2). (See ECF No. 74.)

No party has filed an objection to the Report and Recommendation before the Court. "When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

On clear-error review, the Report and Recommendation of the Magistrate Judge (ECF No. 74) is **ADOPTED** in its entirety. Defendants' Motion for Judgment on the Pleadings (ECF No. 69) is **GRANTED IN PART AND DENIED IN PART.** Because Plaintiff lacks standing to sue him, Governor Lee is **DISMISSED** as a Defendant in this action. The action will proceed against Director Rausch.

SO ORDERED this  *8th*  day of August, 2025.

                                          /s/ *Samuel H. Mays, Jr.*
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE