```
IN THE UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF TENNESSEE
          WESTERN DIVISION
```

| | |
|---|---|
| GERALD MANGUM, </br></br>    Plaintiff, </br></br> v. </br></br> WILLIAM LEE, in his capacity as Governor of the State of Tennessee, and DAVID B. RAUSCH, in his capacity as Director of the Tennessee Bureau of Investigation, </br></br>    Defendants. | No. 2:21-cv-2637-SHM-tmp |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation filed by Chief United States Magistrate Judge Tu M. Pham on July 8, 2025. (ECF No. 74.) In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 69) be granted as to Governor Lee and denied as to Director Rausch. (See ECF No. 74.)

The deadline for objections was July 22, 2025. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); LR 72.1(g)(2). (See ECF No. 74.) No party filed an objection to the Report and Recommendation. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order

to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On a clear error review, the Court adopted the Report and Recommendation in its entirety on August 11, 2025. (See ECF No. 76.)

On August 15, 2025, Plaintiff Gerald Mangum filed a Motion to Vacate the Court's Order Adopting Report and Recommendation. (See ECF No. 77.). Plaintiff filed a sworn and notarized affidavit that he never received service of the Report and Recommendation and that he would have timely objected to it had he received it. (See ECF No. 77, 3-4.) On September 8, 2025, The Court vacated the Order Adopting Report and Recommendation pursuant to Federal Rule of Civil Procedure 60(b). (See ECF No. 78.)

The new deadline for objections to the Report and Recommendation was September 22, 2025. (See ECF No. 78.) No party has filed an objection to the Report and Recommendation before the Court. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

On clear-error review, the Report and Recommendation of the Magistrate Judge (ECF No. 74) is **ADOPTED** in its entirety. Defendants' Motion for Judgment on the Pleadings (ECF No. 69) is **GRANTED IN PART AND DENIED IN PART**. Because Plaintiff lacks

standing to sue him, Governor Lee is **DISMISSED** as a Defendant in this action. The action will proceed against Director Rausch.

    SO ORDERED this   2nd   day of October, 2025.

                                      */s/ Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE